**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-CV-01668-REB

THE GUARANTEE COMPANY OF NORTH AMERICA USA,

    Plaintiff,

v.

TK CONSTRUCTION US, LLC; et al.,

    Defendants.

---

**ORDER SETTING PRELIMINARY INJUNCTION HEARING**

---

**Blackburn, J.**

    The matter before me is the **Motion for Preliminary Injunction** [#63],[1] filed

November 16, 2015.  On December 10, 2015, counsel for the parties and a court staff

member conducted a telephone setting conference to set this motion for a hearing.  With

the consent of counsel for all parties, the court set this motion for hearing on January 29,

2016, at 2:00 p.m. (MST), reserving three hours, if necessary.

    **THEREFORE, IT IS ORDERED** that the court shall hear the **Motion for

Preliminary Injunction** [#63] on January 29, 2016, commencing at 2:00 p.m. (MST),

reserving three hours for the hearing, if necessary.[2]

---

    [1]   "[#63]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

    [2] The hearing shall be conducted in courtroom A1001 in the Alfred A. Arraj, United States Courthouse Annex, 901 19th Street, Denver, CO 80294.  At the outset of the hearing, the court will allocate the available time between the parties.

2

Dated December 10, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge