**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-01668-REB-KMT

THE GUARANTEE COMPANY OF NORTH AMERICA USA,

    Plaintiff,

v.

TK CONSTRUCTION US, LLC;
TK MINING SERVICES, LLC and affiliates;
TK CONSTRUCTION, LLC dba TK MINING SERVICES, LLC;
BIG SKY, LLC;
TK DIVERSIFIED SERVICES, LLC fka UNLIMITED MANPOWER SOLUTIONS, LLC;
TK HOLDINGS LTD and all subsidiaries, including, but not limited to: (TK INDUCTRIAL, LLC, and TK BLASTING, LLC);
AMY L. FISCHER;
KEITH E. BUHRDORF;
DAVID A. SCHAAF;
EARNEST E. SCHAAF,

    Defendants.

## ORDER OF ADMINISTRATIVE CLOSURE

**Blackburn, J.**

    The matter is before me on the **Stipulated Request To Administratively Close Case** [#98][1] filed March 21, 2016. After careful review of the stipulated request and the record, I conclude that the stipulated request should be approved and this action should be closed administratively.

---

[1] "[#98]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Request To Administratively Close Case** is approved;

2. That under D.C.COLO.LCivR 41.2, this action is closed administratively; and

2. That under D.C.COLO.LCivR 41.2, the clerk is directed to close this civil action administratively, subject to reopening for good cause.

Dated April 22, 2016, at Denver, Colorado.

                                                   **BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge